MOORE, D.

v.

**PA BD. OF PROBATION AND PAROLE**

**1604 CD 2016**

Commonwealth Court of Pennsylvania.

06/26/2017

Board of Probation & Parole, Parole No.: 749–CN

Affirmed

KAPLAN, I.

v.

**The CAIRN TERRIER CLUB OF AMERICA**

**218 CD 2017**

Commonwealth Court of Pennsylvania.

06/26/2017

Montgomery County Civil Division, 2016–05843

Affirmed

CITY OF PHILA.

v.

**ABERRÁ, N.**

**243 CD 2017**

Commonwealth Court of Pennsylvania.

06/26/2017

Philadelphia County Civil Division, June Term, 2016 No. 2727

Quashed

SUTTON, E.

v.

**PENNDOT**

**614 CD 2016**

Commonwealth Court of Pennsylvania.

06/27/2017

Fayette County Civil Division, 2543 of 2015, G.D.

Reversed